UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

                 Petitioner,

v.

RON HAYNES,

                 Respondent.

CASE NO. C20-5066 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge, Dkt. 34, and Petitioner Michael Denton's ("Denton") objections to the R&R, Dkt. 35.

On October 13, 2020, Judge Creatura issued the R&R recommending that the Court deny Denton's petition on the merits. Dkt. 34. On October 20, 2020, Denton filed objections. Dkt. 35.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

In this case, Denton fails to identify any error in the R&R. Instead, he repeats the same arguments that Judge Creatura rejected in the R&R. Based on the thorough and detailed R&R, the Court concludes that Denton has failed to establish any right to federal habeas relief. Therefore, the Court having considered the R&R, Denton's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Denton's petition is **DENIED**;

(3) A Certificate of Appealability is **DENIED**; and

(4) The Clerk shall enter a **JUDGMENT** and close the case.

Dated this 10th day of November, 2020.

BENJAMIN H. SETTLE
United States District Judge